IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:19-cv-541

| | |
|---|---|
| **CLARENCE ABNEY** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| **GENESYS TELECOMMUNICATIONS** | ) |
| **LABORATORIES, INC.** | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Clarence Abney, hereby notifies the Court of the dismissal of all causes of action in Plaintiff's Complaint against Defendant, Genesys Telecommunications Laboratories, Inc., without prejudice. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or motion for summary judgment.

Respectfully Submitted,

/s/ Jason S. Chestnut
Philip J. Gibbons, Jr., NCSB #50276
Craig L. Leis, NCSB #48582
Jason S. Chestnut, NCSB #52066
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Place, Ste 325
Charlotte, North Carolina 28277
Telephone: (704) 612-0038
E-Mail: phil@gibbonsleis.com
craig@gibbonsleis.com
jason@gibbonsleis.com

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2019 the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Jason S. Chestnut

*Attorney for Plaintiff*